570

 reargument refused December 19, 1969.

*Peter F. Baughman,* with him *Waters, Fleer, Cooper & Gallager,* for appellant.

*Desmond J. McTighe,* with him *Philip D. Weiss,* and *McTighe, Koch, Brown & Weiss,* for appellees.

OPINION PER CURIAM, November 12, 1969:

The order of the Court of Common Pleas of Montgomery County is vacated, and the case is remanded to that Court for a rehearing, with instructions that Abington Township be joined as a party defendant.

Koch et al., Appellants, *v.* Penn Hills Township Zoning Board.

Argued November 21, 1969. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

 

*Clarence H. Clasper,* with him *Shoemaker, Eynon, Clasper, Rolston & Theophilus,* for appellants.

*David McNeil Olds,* with him *Clem M. Strobel,* and *Reed, Smith, Shaw & McClay,* for appellees.

OPINION PER CURIAM, March 20, 1970:
Order affirmed.

## Ammaturo *v.* St. Paul Mercury Insurance Company, Appellant.

Argued January 16, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Miles Warner,* with him *Warner & McCormack,* for appellant.

*Benjamin Kuby,* with him *Benjamin F. Levy,* and *Klovsky, Kuby and Harris,* for appellees.

OPINION PER CURIAM, March 20, 1970:
Order affirmed.
Mr. Chief Justice BELL and Mr. Justice JONES dissent.